UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

                                       File No: 1:08-CR-02

v.

                                       HON. ROBERT J. JONKER

JOSE RODRIGUEZ-NUNEZ,

       Defendant.

_____/

**ORDER AND JUDGMENT**
**APPROVING REPORT AND RECOMMENDATION**

      The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action (docket # 21), and the transcript of the plea hearing. The Report and Recommendation was served on the parties, and no objection has been filed within the time required by law. Based on this, and on the Court's review of the transcript and all matters of record, IT IS ORDERED that:

      1.      The Report and Recommendation of the Magistrate Judge (docket # 21) is approved and adopted as the Opinion and Findings of this Court.

      2.      Defendant Jose Rodriguez-Nunez's plea of guilty to the Indictment is accepted. Defendant Jose Rodriguez-Nunez is adjudicated guilty.

      3.      There is no written plea agreement.

Dated: _____April 1, 2008_____          /s/ Robert J. Jonker_____
                                      ROBERT J. JONKER
                                      UNITED STATES DISTRICT JUDGE